IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN HERNANDEZ NIEVES

XXX-XX-9553

Debtor(s)

CASE NO. 10-06120 ESL

Chapter 13

**FILED & ENTERED ON 11/03/2010**

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #10), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 03 day of November, 2010 .

*/s/ Lamoutte*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors